*[Handwritten margin note, left side, vertical:] Paul B Sorio Plaintiff [illegible] recommendation to amend motion to cure the deficiency on current II cure letter with respect to the right to cure*

*[Handwritten margin note, left side:] 3/10/17 I adopt the report and recommendation. However, plaintiff has filed a motion to amend to cure the deficiencies which defendants have opposed with respect to the right to sue letter.*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brenda Taite,

    Plaintiff,

v.

Bridgewater State University,
Board of Trustees, and Erin
DeBobes,

    Defendants.

No. 16-CV-10221-PBS

REPORT AND RECOMMENDATION REGARDING DEFENDANTS' MOTION TO DISMISS (Dkt. No. 19)

February 17, 2017

CABELL, U.S.M.J.

Brenda Taite ("the plaintiff") interviewed for a position with Bridgewater State University ("Bridgewater") but was passed over in favor of an applicant who reportedly was less qualified. Proceeding *pro se*, the plaintiff alleges age and race discrimination and has brought a six-count complaint against Bridgewater and one of its administrators, Erin DeBobes ("DeBobes") (collectively "the defendants"). The defendants have moved to dismiss the complaint; the plaintiff opposes the motion. (Dkt. Nos. 19, 21). For the reasons discussed below, I recommend that the motion to dismiss be allowed.