# United States Court of Appeals
## For the First Circuit

No. 18-1229

BRENDA K. TAITE,

Plaintiff, Appellant,

v.

BRIDGEWATER STATE UNIVERSITY, BOARD OF TRUSTEES; BRIDGEWATER STATE

UNIVERSITY OFFICE OF EQUAL OPPORTUNITY,

Defendants, Appellees,

ERIN DEBOBES, official and individual capacity,

Defendant.

**JUDGMENT**

Entered: June 2, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is vacated, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day. Costs are awarded to the appellant.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Patti B. Saris, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Christopher D. Belelieu, Yotam Barkai, Joseph Patrick Lucia