| | |
|---|---|
| **From:** | Colb, Sara (AGO) |
| **To:** | Matthew Patton; Lucia, Joseph (AGO) |
| **Subject:** | RE: Plaintiff"s Subpoenas |
| **Date:** | Wednesday, February 2, 2022 2:21:49 PM |

Matt –

BSU will not accept service of this subpoena for additional documents or agree to amend the exhibit list to include them, as it is improper to use a trial subpoena to obtain documents which could have – and therefore should have – been sought in discovery from a party to the lawsuit via a Rule 34 request. The case law is clear on this. In addition to the request being well beyond discovery, it would be burdensome and prejudicial for BSU to have to conduct the search, review, and production of these additional categories of records on the eve of, and while preparing for, trial. BSU also notes that the requested documents are irrelevant to the issues of this case.

Sara

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Tuesday, February 1, 2022 12:09 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>; Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Plaintiff's Subpoenas

**CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**

Joe,

I am checking back in on the below.

Also, please find attached a subpoena for Bridgewater State University. First, I am sending you this in accordance with Fed. R. Civ. P. 45(a)(4).

Second, will you accept service of this subpoena on behalf of Bridgewater State University?

Finally, will BSU agree to amend the exhibit list to permit the documents being subpoenaed to be entered as exhibits?

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Friday, January 28, 2022 3:18 PM
**To:** Matthew Patton <mpatton@llrlaw.com>; Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Plaintiff's Subpoenas

Hi Matt,

We are looking into these issues and will be back in touch as soon as we can next week.

Stay safe through this blizzard,

Joe

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, January 28, 2022 3:16 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>; Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Plaintiff's Subpoenas

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe and Sara,

I am following up on the below—please let me know BSU's response.

Matt

**From:** Matthew Patton
**Sent:** Wednesday, January 26, 2022 3:07 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>; Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** Plaintiff's Subpoenas

Joe and Sara,

In anticipation of trial the Plaintiff will be issuing subpoenas for witnesses.

As the following individuals are Bridgewater State Employees, or you have produced them already in this proceeding, will you either accept service on their behalf or provide us a current address to serve the subpoena?

1. Catherine Holbrook
2. Derek DeBobes
3. Elizabeth Small
4. Janet Cartwright
5. Justin Alexander
6. Michael Goodhart
7. Sherry Dray
8. Samantha Campbell

Matt

Matthew D. Patton
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800
617-994-5801 (fax)
mpatton@llrlaw.com
www.llrlaw.com