# EXHIBIT 2
## (WITH EXHIBITS A-L TO DECLARATION OF MATTHEW PATTON, ESQ.)

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

_____
:
BRENDA K. TAITE,                                    :
:
Plaintiff,                      :
:
v.                                                   :
:          Docket No. 1:16-cv-10221-PBS
BRIDGEWATER STATE UNIVERSITY,  :
BOARD OF TRUSTEES;                         :
BRIDGEWATER STATE UNIVERSITY  :
OFFICE OF EQUAL OPPORTUNITY,   :
Defendants             :
_____ :

**DECLARATION OF MATTHEW PATTON, ESQ.**

I, Matthew Patton, do hereby depose and state as follows:

1.      I am an attorney duly licensed to practice law in the Commonwealth of

Massachusetts and before this Court. I represent the Plaintiff in the above-captioned

matter.

2.      On March 1, 2022 the Defendant's counsel Joseph Lucia, sent me a

proposed settlement agreement and wrote "[i]f you wish to authorize payment of the

settlement funds to your law firm, please specify 'Lichten & Liss-Riordan, P.C. (as

counsel to Brenda Taite)' as the payee and provide the firm's business address on the

W-9 Form." Exhibit A.

3.      Pursuant to Mr. Lucia's representations, on March 3, 2022, I sent Mr.

Lucia the requested W-9 and an executed agreement. Exhibit B.

4.      On March 11, 2022, Mr. Lucia changed course and informed me that the

agreed to settlement amount could not be made payable to Lichten & Liss-Riordan,

P.C., despite his previous representations, and that the settlement amount had to be

1

made payable jointly to the firm and the Plaintiff, requesting the Plaintiff's W-9 which was immediately sent. Exhibit C.

5.      On March 25, 2022 Mr. Lucia provided a fully executed copy of the settlement agreement, which included an agreed to settlement amount of $70,000, which had been countersigned by the Defendants on March 15, 2022 and in providing the executed agreement stated "[t]he length of time it will take to issue the check … will depend on available funding and how many claims are in the queue ahead of this request." Exhibit D.

6.      On April 5, 2022 Mr. Lucia once again changed course and stated that (despite originally representing that the check could be made payable to Lichten & Liss-Riordan, P.C., and then representing that it had to be a joint payment), neither was true and that it had to be made payable to the Plaintiff, further delaying payment. Exhibit E. This issue was not resolved until April 19, 2022. Exhibit F.

7.      On April 19, 2022 Mr. Lucia informed me that "the Settlements & Judgments reserves were depleted, and the agency is awaiting another funding appropriation." Exhibit F.

8.      Having not been provided an update I contacted Mr. Lucia on May 16, 2022 and did not receive a response until May 24, 2022 where he stated "I have not heard anything more about the status of Settlements & Judgments funding. Exhibit G. My Deputy Chief tells me that it's possible the fund will not be replenished until the new fiscal year, which begins July 1 … we all must await the legislature's approval of funding. Rest assured that Ms. Taite's request for settlement funds is in the queue and will be paid out in the order in which the request was made." Id.

2

9.      On June 22, 2022, Mr. Lucia informed the Court that he was checking on "the status of this payment" referring to the mutually agreed to settlement amount. Exhibit H.

10.     As the settlement amount had still not been paid by July 13, 2022, despite the Defendants representations, I wrote to Mr. Lucia and stated "[p]reviously you said that the new fiscal year starts on July 1st, which would trigger a replenishment of the fund to pay the settlement. Do you have a new timeline for the new fiscal year?" Exhibit I. Mr. Lucia responded "[t]he new fiscal year always begins on July 1. A colleague in my office had suggested that that alone may trigger the flow of funds, but it was only a surmise, and that's why I checked in with the Comptroller's Office directly to get confirmation. As the OTC informed me late last week, replenishment of the Settlements & Judgments fund still requires action by the state legislature … Perhaps you could reach out to your state legislators if you wish to try to move this along more quickly." Id.

11.     On July 28, 2022 after Governor Charlie Baker signed the budget which the Legislature had just passed, I wrote to Mr. Lucia and stated "[a]s the Governor signed the budget this morning can you please let me know the date which the check will be sent." Exhibit J.

12.     On July 28, 2022 Mr. Lucia responded "I cannot confirm a date, but the OTC has informed me that Ms. Taite is 11th in the queue for payment. Please confirm when the check is received." Exhibit K.

13.     On May 24, 2022, Mr. Lucia wrote "[r]est assured that Ms. Taite's request for settlement funds is in the queue and will be paid out in the order in which the request was made." Exhibit G. On August 8, 2022, Mr. Lucia once again changed course and

3

said that "[t]he recent budget passage was for FY23. However, S/J Claim #8132 was received in FY22 and cannot be charged until the FY22 supplemental is passed." Exhibit L.

Signed this 11th day of August, 2022, under the pains and penalties of perjury

/s Matthew Patton
Matthew Patton, Esq.

# EXHIBIT A

| | |
|---|---|
| **From:** | Lucia, Joseph (AGO) <joseph.lucia@state.ma.us> |
| **Sent:** | Tuesday, March 1, 2022 11:50 AM |
| **To:** | Matthew Patton |
| **Cc:** | Colb, Sara (AGO) |
| **Subject:** | RE: Taite settlement |
| **Attachments:** | 2022.03.01 Lucia to Plaintiff (encl. settlement docs).pdf; Taite Settlement Agreement and Release (incl. Exhs. A & B).pdf; Form W-9 (fill-in format).pdf |

Good morning Matt,

Attached please find correspondence enclosing the settlement documents.  Please follow the instructions provided in the cover letter and then send me back the executed originals by mail (with courtesy copies by email) when you can.  The sooner we get those back, the sooner we can get this in the queue for payment.

Of course, if you have any questions at all, please do not hesitate to let me know.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, February 25, 2022 2:52 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara and Joe,

Hope you both are staying dry today.

I just wanted to check on the agreement—will you be sending us a draft or would you like us to put something together?

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 2:07 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt - I'm concerned your email neglects the most important question - when do we get a beer???
Ha -just kidding, we won't celebrate just yet.  Will get back to you on the agreement.

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 2:03 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

This is great news—how do you want to handle the drafting of the actual agreement?

With regards to Maryellen I think we can let her know that we have a settlement in principle and should have the paperwork finalized in the next day or so.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 1:59 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt -

We have approval from our office and BSU to resolve this matter for $70,000.  As we previously stated, we can also agree to Ms. Taite designating the entirety of her award as emotional distress damages.  To be clear though, we cannot make any representations to you one way or the other as to any tax implications of the award.  That is not within our control or authority. I believe Joe emailed this to you previously, but for ease of reference below is a link to the Office of the Comptroller's Settlements and Judgments Policy, which provides more information on how the settlement amount will be treated by that Office when processed: https://public.powerdms.com/MAComptroller/documents/1779893

Unless there is something further, we should let Maryellen know she can take this case off the calendar for trial.

Best,
Sara

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 12:05 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

<mark>CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.</mark>

Sara,

We spoke with Brenda and she is willing to take the $70,000 in a lump sum payment with no taxes taken out as long as we can come to agreement before she has to fly up here tomorrow at 11.

Please let me know if you need anything else from me to move this forward.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:30 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Much appreciated.

Get Outlook for iOS

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 11:20:40 AM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

<mark>CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.</mark>

Sara,

We will talk with her now to try and get the authority promptly.

Matt

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:11 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Taite settlement

Hi Matt -
Good speaking with you this morning. As I stated, getting an additional 5k to meet you half way is going to require upper management approval as it is beyond our authority and most of our managers are away on vacation right now.  Based on your representation to us that you're pretty sure you can get it done on your end, I'm going to recommend it, but that does not ensure they will say yes.  It would certainly help on my end if you get a firm yes from your client. With that in mind, the sooner you can let us know this the better as there may be some delay on our end given people are on vacation As soon as we can represent that you will accept 70K total, please let us know.
Best,
Sara

Get Outlook for iOS



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
### ONE ASHBURTON PLACE
### BOSTON, MASSACHUSETTS 02108

MAURA HEALEY
ATTORNEY GENERAL

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

March 1, 2022

**VIA E-MAIL**

Matthew Patton, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston Street
Suite 2000
Boston, Massachusetts 02116
mpatton@llrlaw.com

Re:   *Brenda Taite v. Bridgewater State University Board of Trustees, et al.*
D. Mass. Docket No. 2016-CV-10221-PBS

Dear Attorney Patton:

In connection with settlement of the above-referenced action, enclosed please find the following: (1) Settlement Agreement and Release (including as Exhibit A the Office of the Comptroller's Notice of Commonwealth Responsibilities for Settlement/Judgment Tax Withholdings, Intercept and Tax-Reporting W-2, 1099-MISC and 1099-INT and Public Records Requests; and as Exhibit B a Stipulation of Dismissal With Prejudice (complete with the electronic signatures of both parties)); and (2) Massachusetts Form W-9.  If the Settlement Agreement and Release meets with your approval, please take the following actions:

- Sign and date the Settlement Agreement and Release;
- Complete the top portion of the W-9 (providing the name of the payee to whom the settlement funds should be made payable, as well as the address where the funds should be sent) as well as Parts I and II, and sign and date where indicated.

If you wish to authorize payment of the settlement funds to your law firm, please specify "Lichten & Liss-Riordan, P.C. (as counsel to Brenda Taite)" as the payee and provide the firm's business address on the W-9 Form.  Alternatively, if you would prefer for the settlement check to be made payable directly to your client and remitted to the client's address, you may complete the W-9 Form in that way instead.  If you wish for both your firm's name and your client's name to appear on the settlement check as jointly payable, please be sure to complete a separate W-9 Form for each payee and let me know that that

is how you would like the settlement check to be issued as well as where you would like the check to be mailed.

Once you have taken the above actions, please remit to me via U.S. mail the executed Settlement Agreement and Release and W-9(s) and e-mail me a courtesy copy of same.  Once I receive the executed documents, I will proceed with getting final signatures on my end and then contacting the Commonwealth Comptroller's Office to request that a settlement check be issued.  Once the check is issued and received by you (or your client, as specified on the W-9), I will electronically file the Stipulation of Dismissal With Prejudice with the Court.

If you have any questions or concerns related to any of the enclosed documents, please do not hesitate to contact me by e-mail.

Very truly yours,

*/s/  Joseph P. Lucia*

Joseph P. Lucia

Enclosures (sent as e-mail attachments)

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made by and among Brenda Taite ("Taite" or "Plaintiff") and Bridgewater State University ("BSU" or "Defendant") (collectively, the "parties").

**WHEREAS**, the Plaintiff filed a Charge of Discrimination with the Massachusetts Commission Against Discrimination ("MCAD") and the Equal Employment Opportunity Commission ("EEOC") on or about June 18, 2015, designated MCAD Docket Number: 15BEM01548 and EEOC/HUD Charge Number: 16C-2015-01578, hereinafter the "MCAD Charge"; and

**WHEREAS**, the Plaintiff filed a complaint in federal court, District of Massachusetts, entitled <u>Brenda Taite v. Bridgewater State University, et al.</u>, 1:16-cv-102221-PBS (hereinafter the "Federal Court Litigation"), incorporating allegations set forth in the MCAD Charge; and

**WHEREAS**, the parties wish by this Agreement to settle and resolve any and all differences among them including, but not limited to, the MCAD Charge and the Federal Court Litigation (collectively, the "Disputes") upon the terms and conditions more fully set forth herein;

**NOW THEREFORE**, in consideration of the mutual promises and covenants contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by each party, the parties hereby mutually agree as follows:

1.     **Settlement Payment.** As consideration for this Agreement, and in full and complete settlement and release of Plaintiff's claims for damages in the Disputes, including all rights of appeal, the Commonwealth of Massachusetts ("Commonwealth") shall pay a total of Seventy Thousand Dollars ($70,000) (the "Settlement Payment"), denominated as compensation for emotional distress, to the Plaintiff. The Commonwealth makes no representations as to the timing of the payment, and the timing of the payment is subject to the availability of appropriated funds. The Commonwealth is also not liable for interest for any delay in payment of the settlement amount. The Commonwealth furthermore makes no representations as to the tax consequences of the Settlement Payment, including tax liabilities, tax treatment, tax withholdings, or tax reporting relative to said payment. The Plaintiff is responsible for all tax liabilities and tax consequences of the payment, and the Defendant is held harmless as to any tax liabilities. Furthermore, the Plaintiff acknowledges that once the payment required through this Agreement is issued by the Commonwealth, the payment may be reduced or intercepted for any of Plaintiff's outstanding debts owed to or collectable by the Commonwealth (including state or federal taxes or child support), and that no claim for non-payment or reduced payment may be brought against the Commonwealth (including BSU) should such reduction or interception occur. Plaintiff acknowledges receiving and reading the "Commonwealth of Massachusetts - Office of the Comptroller Notice of Commonwealth Responsibilities for Settlement/Judgment Tax Withholdings, Intercept and Tax Reporting W-2, 1099-Misc and 1099-Int and Public Records Requests," a copy of which is attached as ***Exhibit A***, prior to the execution of this Agreement.

1

2. **Dismissal of the Federal Court Litigation.**  With the execution of this Agreement by all parties, the Plaintiff and the Defendant will execute for filing with the U.S District Court for the District of Massachusetts a stipulation of dismissal of all claims in the Federal Court Litigation with prejudice, with all rights to appeal waived and without costs, in the form attached hereto as ***Exhibit B***.  This stipulation of dismissal will be held by the Defendant and then filed with the Court upon payment of the Settlement Payment referred to in Paragraph 1.

3. **Release of Claims by Brenda Taite.**  In consideration of the signing of this Agreement and the payment referenced in Paragraph 1 above, the Plaintiff on behalf of herself, her spouse, her agents, representatives, assigns, heirs, successors, executors and administrators, agrees to and hereby does waive, release and discharge all claims, demands, causes of action, fees, liabilities and expenses of any kind whatsoever, whether known or unknown, and whether or not previously asserted against the Commonwealth, its agencies (including BSU), and any of its current, former and future employees, officials, agents, officers, attorneys, successors, parents, subsidiaries or affiliates, individually and in their official capacities, by reason of any actual or alleged act, omission, transaction, practice, conduct or occurrence, arising out of or relating in any way to the Plaintiff's allegations set forth in the Disputes, including, but not limited to, claims under Title VII of the Civil Rights Act.  Nothing in this paragraph, however, shall preclude the Plaintiff from pursuing any claims necessary to enforce this Agreement.

4. **No Admission.**  The Plaintiff understands and agrees that the payment provided to her under the terms of this Agreement constitutes a compromise of disputed claims and that liability is expressly denied by the Commonwealth and its agencies, including BSU, and any of its current or former employees.  By entering into this Agreement, neither the Commonwealth, nor its agencies (including BSU), nor any of its current or former employees admits that they have violated any law or other legal obligation with respect to the Plaintiff in any way, nor does the Plaintiff admit that her claims were without merit.  The parties agree that this settlement agreement and the release shall not be deemed or construed at any time for any purpose as an admission by either party of any liability, unlawful conduct, or wrongdoing of any kind.  It is understood that this Agreement is a public document and may be subject to disclosure. This Agreement shall not be introduced into evidence in any court or administrative proceeding other than to enforce its terms.

5. **Governing Law.**  This Agreement shall be governed by the laws of the Commonwealth of Massachusetts and shall be binding upon and inure to the benefit of the Plaintiff and the Defendant, and their respective agents, representatives, directors, officers, former or current employees, assigns, executors, successors, and administrators.  No modification or termination of this Agreement, in whole or in part, shall be valid or binding unless in writing and signed by both parties.

6. **Integration.**  The Plaintiff and the Defendant agree that this Agreement and its attachments is a fully integrated document which constitutes the entire agreement between them.

7. **Enforceability.**  If any provision in this Agreement shall, for any reason, be held

invalid or unenforceable in any respect, it shall not affect any other provisions in this Agreement, but shall be construed by limiting it so as to be enforceable to the maximum extent compatible with applicable law, so long as such construction does not materially alter the rights or obligations of the parties or deprive the other parties of consideration for the undertakings and promises described herein.

   **8.** **Counterparts/Copies.**  This Agreement may be signed in counterparts, which together shall serve as one merged document.  Copies of this Agreement and of its signed counterparts, including electronic copies, shall be enforceable as originals.

   **WHEREFORE**, the parties have completely read the above Agreement and attest that they fully understand its terms and knowingly and voluntarily accept its provisions in their entirety without reservation.


_____        _____
Brenda Taite                                                          Date



Bridgewater State University

By: _____        _____
Frederick W. Clark, Jr.                                          Date
President

3

Exhibit A

COMMONWEALTH OF MASSACHUSETTS - OFFICE OF THE COMPTROLLER
NOTICE OF COMMONWEALTH RESPONSIBILITIES FOR SETTLEMENT/JUDGMENT TAX WITHHOLDINGS,
INTERCEPT AND TAX REPORTING W-2, 1099-MISC and 1099-INT AND PUBLIC RECORDS REQUESTS

To Settlement/Judgment Claimant, Attorney or 3rd Party Payee:

The following information outlines the tax reporting, withholding, intercept and public records disclosure requirements for Settlement and Judgment payments made by Commonwealth Departments pursuant to 815 CMR 5.0. All questions should **be referred to the Claimant's attorney/representative or the Commonwealth Department subject to the Settlement or Judgment.** The Office of the Comptroller will not discuss individual claims, tax reporting or withholding issues, the status of payments or public records issues with Claimants or Claimant attorneys. Any additional information provided is informational only and should not considered legal or tax advice. Claimants, attorneys and 3rd parties are responsible for seeking legal and tax advice and for all tax liabilities and tax compliance.

Intercept and Wage Garnishments. Claimants are advised that the Commonwealth is obligated to intercept (deduct) from any settlement or judgment payment amounts due for outstanding government debts (such as state or federal taxes, child support, student loans or other debts for which due process notice has already been provided), as well as for existing wage garnishments posted in the state payroll system HR/CMS. Intercepts may be taken even if a deduction is not specifically identified as part of a settlement or judgment.

Workers Compensation. Employment related personal injury or sickness claims are not considered an employment related claim or a tort claim, and must be filed and processed as a workers compensation claim under the appropriate workers compensation or supplemental workers compensation statutes (G.L. c. 152, c. 30, § 58, c. 40, s. 111F, G.L. c. 126, s. 18A).

Employment Related Claims: An employment related claim includes any damages awarded to or on behalf a current or former Commonwealth employee which arose from an employment relationship. The Commonwealth as a general policy processes all employment related damages **as "wages"** through the state payroll system with applicable supplemental flat tax withholding rates for state taxes (5.25%), federal taxes (25%), Medicare tax (1.45%). W-4 elections do not apply. Back pay damages include payments only for a specific number of hours, days or differential amounts at the allowable salary for that period, with retirement contributions, and less any other income earned during that number of days from unemployment, retirement earnings or other earnings. Lump sum damages include any unspecified, compensatory or make-whole damages, overtime, emotional distress, front-pay, health insurance premium or other reimbursements etc. Employment claim reimbursements are generally taxable and not considered normal employee business reimbursements, even if paid as a **"Make-whole" payment.**

Withholdings on employment related back pay or lump sum amounts are mandatory at the time of payment, may not be negotiated, and will be reported by the Commonwealth on the current or former employee**'s** W-2. The Commonwealth has determined that the risk to Claimants of penalties and interest for failure to pay quarterly estimated taxes, and the risk to the Commonwealth and taxpayers for penalties and interest for failure to withhold taxes supports this tax withholding and reporting practice. Claimants should consult their tax advisor to determine if any tax refunds or deductions are appropriate. Please see *IRS Memorandum Income and Tax Reporting Consequences of Employment Related Judgments and Settlements* at: http://www.mwe.com/info/pubs/irscounselmemo.pdf.

Payments to a 3rd Party. A Claimant may also receive a 1099-MISC (Box 3) (employee or non-employee claimant) if a payment is made directly to a 3rd Party under a settlement or judgment. All damages awarded under a settlement and judgment are awarded to the Claimant even if the payments are identified to be made to a 3rd party (such as an attorney, estate, insurer etc.). The Claimant will receive a 1099-MISC (Box 3) for any amounts paid to a 3rd party in addition to any 1099 issued to the 3rd party, and will be responsible for filing this form, and payment of any taxes, as part of **the Claimant's** tax return.

Interest (pre or post judgment). Statutorily authorized interest amounts are considered tax reportable on a 1099-INT and are generally taxable. Any payee receiving interest will receive a 1099-INT and will be responsible for filing this form, and payment of any taxes, as part of the tax return.

Lump Sum. Unspecified, make-whole, and other types of compensatory damages, consequential, emotional distress and punitive damages are considered gross income and tax reportable and are generally taxable. Current or former employees will receive a W-2 for employment related payments of lump sum **damages (see "Employment claims" above)**. Non-employee Claimants will receive a 1099-MISC (Box 3) and will be responsible for filing this form, and payment of taxes, as part of the **Claimant's** tax return.) Claimants should contact a tax advisor and their attorney for guidance on tax issues. Please see IRS Publication 4345 at: http://www.irs.gov/pub/irs-pdf/p4345.pdf.

COMMONWEALTH OF MASSACHUSETTS - OFFICE OF THE COMPTROLLER
NOTICE OF COMMONWEALTH RESPONSIBILITIES FOR SETTLEMENT/JUDGMENT TAX WITHHOLDINGS,
INTERCEPT AND TAX REPORTING W-2, 1099-MISC and 1099-INT AND PUBLIC RECORDS REQUESTS

Tort Claims.  Presentments filed under M.G.L. c. 258, the Massachusetts Tort Claims Act (See https://malegislature.gov/Laws/GeneralLaws/PartIII/TitleIV/Chapter258) for personal physical injury or sickness or property damages (not exceeding the adjusted basis or value of the property) are generally not tax reportable.  Civil rights or federal claims that are not filed under c. 258 may be tax reportable and taxable unless a personal physical injury or property damage is established.  Note that emotional distress is not considered a personal physical injury or sickness unless it is legally determined to have arisen from a physical injury or sickness caused by a tort.

Civil Rights Claims.  State or federal claims of civil rights discrimination, even if filed as tort or tort-like claim, will be considered tax reportable (W-2 with withholdings for employees or 1099-MISC Box 3 non-employees) and are generally considered taxable, unless a personal physical injury/sickness or property damage is established.  Note that emotional distress is not considered a personal physical injury or sickness unless it is legally determined to have arisen from a physical injury or sickness caused by a tort.

Attorneys fees.  A Claimant may  receive a 1099-MISC (Box 3) for any amounts paid to the Claimant's attorney and will be responsible for filing this form as part of the Claimant's tax return.  All damages awarded under a settlement or judgment are considered awarded to the Claimant even if the payments are identified to be made to the attorney as attorneys fees.  The Claimant's attorney will also receive a 1099-MISC (Box 14) for the same amount.  For employment claims, attorneys fees are not considered "wages" and are not subject to tax withholdings prior to payment but are considered gross income and may be taxable to the Claimant. See IRS Revenue Rule 80-364. There may be a limited exclusion from gross income for attorney fees for unlawful discrimination claims.  See IRC § 62(e) and IRS Publication 525 and  Mass. Dept. of Revenue - TIR 05-16: The Effect of the Adoption of the Updated Internal Revenue Code on the Massachusetts Personal Income Tax ("Code Update").  See section B:  Deduction for Costs Involved in Unlawful Discrimination Suits IRC §§62(a)(19) & 62(e). http://www.mass.gov/dor/businesses/help-and-resources/legal-library/tirs/tirs-by-years/2005-releases/tir-05-16-the-effect-of-the-adoption-of-the.html.

Indemnification Costs.  Legal costs for representation of any Commonwealth employee or officer, and any associated claim damages paid on the claim, are not tax reportable to the indemnified employee or officer subject to M.G.L. c. 258.

Estimated Taxes for Payments Issued Without Withholdings.  If withholdings are not made at the time of payment, estimated taxes may be due in the quarter following payment of a claim and penalties and interest may accrue if estimated taxes are not paid timely to the IRS or the State Department of Revenue (DOR).  Claimants should contact a tax advisor and their attorney for guidance on tax issues.  Please see IRS Publication 4345 at: http://www.irs.gov/pub/irs-pdf/p4345.pdf.

Public Records Disclosure.  Based upon a recent court decision, Globe Newspaper Co., Inc. v. Executive Office of Administration and Finance, et. al., Suffolk Superior Court Civil Action No. 11-01184-A, (http://www.macomptroller.org/wp-uploads/content/globe-v-anf-decision_2013-06-14.pdf) the name of a recipient payee of a settlement or judgment payment made from the CTR Settlement and Judgment account is considered a public record and is subject to disclosure.  In order for CTR to exempt a payee name, a Department must provide a specific statutory exemption, or a ruling from the Supervisor of Public Records barring the release of the name of a payee recipient. See:  http://www.macomptroller.org/wp-content/uploads/s-j-public-records-requests.pdf.

Additional Settlement and Judgment Information.   See:  http://www.macomptroller.org/settlements-and-judgments for additional Settlement and Judgment information.

# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA TAITE,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGEWATER STATE UNIVERSITY,<br>BOARD OF TRUSTEES, and<br>BRIDGEWATER STATE UNIVERSITY<br>OFFICE OF EQUAL OPPORTUNITY,<br><br>    Defendants. | Docket No. 2016-CV-10221-PBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiff Brenda Taite and Defendants

Bridgewater State University Board of Trustees and Bridgewater State University Office of

Equal Opportunity (collectively, "Bridgewater State University") hereby stipulate to the

dismissal of this action, with prejudice, without rights of appeal, and with each party to bear its

own costs and attorneys' fees.

Respectfully submitted,                         Respectfully submitted,

PLAINTIFF BRENDA TAITE                          DEFENDANTS BRIDGEWATER STATE
                                                UNIVERSITY BOARD OF TRUSTEES and
By her attorneys,                               BRIDGEWATER STATE UNIVERSITY
                                                OFFICE OF EQUAL OPPORTUNITY

/s/ Matthew Patton
Harold Lichten, Esq., BBO #549689               By their attorneys,
Matthew Patton, Esq., BBO #703798
LICHTEN & LISS-RIORDAN, P.C.                    MAURA HEALEY
729 Boylston Street, Suite 2000                 ATTORNEY GENERAL
Boston, Massachusetts 02116
Tel.: (617) 994-5800                            /s/ Joseph P. Lucia
Fax: (617) 994-5801                             Joseph P. Lucia, Esq., BBO #673138
hlichten@llrlaw.com                             Sara A. Colb, Esq., BBO #680972
mpatton@llrlaw.com                              Assistant Attorneys General
                                                One Ashburton Place, 18th Floor

1

Boston, Massachusetts  02108
(617) 963-2806
joseph.lucia@mass.gov
(617) 963-2031
sara.colb@mass.gov

Date: _____

Form **W-9**
**(Massachusetts Substitute W-9 Form)** Rev.
March 2020

**Request for Taxpayer Identification Number and Certification**

Completed form should be given to the requesting department or the department you are currently doing business with.

Company/Taxpayer Name (as shown on your income tax return).   Name is required on this line, do not leave this line blank.

DBA Name if different from above:

Check the appropriate box: ☐ Individual/Sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation
☐ Partnership  ☐ Trust/ Estate  ☐ Other

| Legal Address: number, street, and apt. or suite no. | City: | State: | Zip code: |
|---|---|---|---|

| Remittance Address:  if different from legal address number, street, apt. or suite no. | City: | State: | Zip code: |
|---|---|---|---|

| Phone: | Fax: | Email address: |
|---|---|---|

**Part I** Taxpayer Identification Number (TIN) Enter your TIN in the appropriate box. For individuals, this is your  social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instruction on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2. Note: If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

| Company/Taxpayer Tax Identification Number (9 digits EIN or SSN) **Vendors**: Dunn and Bradstreet Universal Numbering System (DUNS) All vendors that receive federal grant funds must submit their DUNS number. Please confirm with the state agency if this is required. | EIN: | SSN: | DUNS: |
|---|---|---|---|

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Services (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am an U.S. person (including an U.S. resident alien).

4. I am currently a Commonwealth of Massachusetts's state employee: (check one): No ☐  Yes ☐   If yes, in compliance with the State Ethics Commission requirements. Certification instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply.

| Sign Here | Authorized Signature ▶ |
|---|---|
| | Printed Name ▶                                    Date ▶ |

## Purpose of Form

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or debt, or contributions you made to an IRA. Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and , when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued).

2. Certify you are not subject to backup withholding

**If you are a foreign person, use the appropriate Form W-8.** See Pub 515, Withholding of Tax on Nonresident Aliens and Foreign Corporations.

**What is backup withholding?** Persons making certain payments to you must withhold a designated percentage, currently 28% and pay to the IRS of such payments under certain conditions. This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding. If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, payments you receive will not be subject to backup withholding. **Payments you receive will be subject to backup withholding** if:

1. You do not furnish your TIN to the requester, or

2. You do not certify your TIN when required (see the Part II instructions on page 2 for details), or

3. The IRS tells the requester that you furnished an incorrect TIN, or

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only). Certain payees and payments are exempt from backup withholding. See the Part II instructions on page

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

**Name.** If you are an individual, you must generally enter the name shown on your social security card. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first and then circle the name of the person or entity whose number you enter in Part I of the form.

**Sole proprietor.** Enter your **individual** name as shown on your social security card on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury regulations section 301.7701-3, **enter the owner's name on the "Name" line.** Enter the LLC's name on the "Business name" line.

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

**Other entities.** Enter your business name as shown on required Federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Part I - Taxpayer Identification Number (TIN)**

**Enter your TIN in the appropriate box.**

If you are a **resident alien** and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see **How to get a TIN** below.

If you are a **sole proprietor** and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are an **LLC** that is **disregarded as an entity** separate from its owner (see *Limited liability company (LLC)* above), and are owned by an individual, enter your SSN (or "pre-LLC" EIN, if desired). If the owner of a disregarded LLC is a corporation, partnership, etc., enter the owner's EIN.

**Note:** *See the chart on this page for further clarification of name and TIN combinations.*

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get **Form SS-5,** Application for a Social Security Card, from your local Social Security Administration office. Get **Form W-7,** Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN or **Form SS-4,** Application for Employer Identification Number, to apply for an EIN. You can get Forms W-7 and SS-4 from the IRS by calling 1-800-TAX-FORM (1-800-829-3676) or from the IRS's Internet Web Site **www.irs.gov**.

If you do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments.

The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** *Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.*

**Part II - Certification**

To establish to the paying agent that your TIN is correct or you are a U.S. person, or resident alien, sign Form W-9.

For a joint account, only the person whole TIN is shown in Part I should sign (when required).

Real estate transactions. You must sign the certification. You may cross out item 2 of the certification.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to give your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt,

or contributions you made to an IRA or MSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia to carry out their tax laws

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold a designated percentage, currently 28% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.

**What Name and Number to Give the Requester**

| For this type of account: | | Give name and SSN of: |
|---|---|---|
| 1. | Individual | The individual |
| 2. | Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. | Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. | a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
|  | b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. | Sole proprietorship | The owner [3] |

| For this type of account: | | Give name and EIN of: |
|---|---|---|
| 6. | Sole proprietorship | The owner [3] |
| 7. | A valid trust, estate, or pension trust | Legal entity [4] |
| 8. | Corporate | The corporation |
| 9. | Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. | Partnership | The partnership |
| 11. | A broker or registered nominee | The broker or nominee |
| 12. | Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name, but you may also enter your business or "DBA" name. You may use either your SSN or EIN (if you have one).

[4] List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.)

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

***If you have questions on completing this form, please contact the Office of the State Comptroller. (617) 973-2468.***

***Upon completion of this form, please send it to the Commonwealth of Massachusetts Department you are doing business with.***

# EXHIBIT B

**From:**                   Matthew Patton
**Sent:**                   Thursday, March 3, 2022 4:23 PM
**To:**                       Lucia, Joseph (AGO)
**Cc:**                       Colb, Sara (AGO)
**Subject:**             RE: Taite settlement
**Attachments:**      LLR - W9.pdf; 2022.03.03 - LLR W-9 - Brenda Taite.pdf

Joe,

Attached is an executed copy of the agreement with our firms W9.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, March 1, 2022 11:50 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Good morning Matt,

Attached please find correspondence enclosing the settlement documents.  Please follow the instructions provided in the cover letter and then send me back the executed originals by mail (with courtesy copies by email) when you can.  The sooner we get those back, the sooner we can get this in the queue for payment.

Of course, if you have any questions at all, please do not hesitate to let me know.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, February 25, 2022 2:52 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara and Joe,

Hope you both are staying dry today.

I just wanted to check on the agreement—will you be sending us a draft or would you like us to put something together?

Matt

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 2:07 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt - I'm concerned your email neglects the most important question - when do we get a beer???
Ha -just kidding, we won't celebrate just yet.  Will get back to you on the agreement.

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 2:03 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

This is great news—how do you want to handle the drafting of the actual agreement?

With regards to Maryellen I think we can let her know that we have a settlement in principle and should have the paperwork finalized in the next day or so.

Matt

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 1:59 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt -

We have approval from our office and BSU to resolve this matter for $70,000.  As we previously stated, we can also agree to Ms. Taite designating the entirety of her award as emotional distress damages.  To be clear though, we cannot make any representations to you one way or the other as to any tax implications of the award.  That is not within our control or authority. I believe Joe emailed this to you previously, but for ease of reference below is a link to the Office of the Comptroller's Settlements and Judgments Policy, which provides more information on how the settlement amount will be treated by that Office when processed: https://public.powerdms.com/MAComptroller/documents/1779893

Unless there is something further, we should let Maryellen know she can take this case off the calendar for trial.

Best,
Sara

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 12:05 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We spoke with Brenda and she is willing to take the $70,000 in a lump sum payment with no taxes taken out as long as we can come to agreement before she has to fly up here tomorrow at 11.

Please let me know if you need anything else from me to move this forward.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:30 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Much appreciated.

Get Outlook for iOS

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 11:20:40 AM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We will talk with her now to try and get the authority promptly.

Matt

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:11 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Taite settlement

Hi Matt -
Good speaking with you this morning. As I stated, getting an additional 5k to meet you half way is going to require upper management approval as it is beyond our authority and most of our managers are away on vacation right now.  Based on your representation to us that you're pretty sure you can get it done on your end, I'm going to recommend it, but that does not ensure they will say yes.  It would certainly help on my end if you get a firm yes from your client. With that in mind, the sooner you can let us know this the better as there may be some delay on our end given people are on vacation As soon as we can represent that you will accept 70K total, please let us know.
Best,
Sara

Get Outlook for iOS

# EXHIBIT C

| | |
|---|---|
| **From:** | Lucia, Joseph (AGO) <joseph.lucia@state.ma.us> |
| **Sent:** | Friday, March 11, 2022 10:57 AM |
| **To:** | Matthew Patton |
| **Cc:** | Colb, Sara (AGO) |
| **Subject:** | RE: Taite settlement |

We can absolutely send the settlement check to your firm, that's not a problem; but the check just must be made payable to both you and your client, which is why we need a W-9 from her as well.

Let me know if you have any more questions,

Joe

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, March 11, 2022 10:41 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Normally we would have the funds come to our firm and then we would disperse them to our client with the appropriate tax forms—is that not possible?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Friday, March 11, 2022 9:54 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Hey Matt,

I am getting together the last of the paperwork that needs to be submitted to the Office of the Comptroller to get this settlement payment issued, and I am told that the payment options are either (i) to have the check made payable solely to Brenda Taite (and mailed either to Ms. Taite or to your firm); or (ii) to have the check made payable jointly to Brenda Taite and Lichten & Liss-Riordan, P.C. (and mailed to your firm).  Based upon our conversations to date, I assume that, as between these two options, you wish for us to issue the check as jointly payable (and mailed to your firm).  Either way, though, we are going to need a separate W-9 form from Brenda for herself personally.  (I apologize if my earlier understanding on this point was mistaken.)  I have attached the W-9 form again here for your convenience.

Please confirm that you wish to have this payment issued as jointly payable to both Ms. Taite and your firm (and mailed to your firm); and then please send me by e-mail a W-9 form as executed by Ms. Taite at your earliest convenience.

If you have any questions at all about this, please just give a shout.

Thanks so much, and I hope you have a great Friday!

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, March 7, 2022 11:07 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Totally understand—attached is the form.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, March 7, 2022 9:53 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Matt,

I just noticed that the W-9 form(s) you sent are different than the Massachusetts-specific W-9 form that I sent to you (and which the OTC insists we use when processing settlement payment requests).  I have re-attached that form here.  To minimize delays in getting this payment processed, I would request that you fill THIS form out and send it back to me.

Sorry for the headache and hassle here; I just know from experience that if we don't use the proper W-9 form, OTC will push back...

Joe

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Thursday, March 3, 2022 4:23 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Attached is an executed copy of the agreement with our firms W9.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, March 1, 2022 11:50 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Good morning Matt,

Attached please find correspondence enclosing the settlement documents.  Please follow the instructions provided in the cover letter and then send me back the executed originals by mail (with courtesy copies by email) when you can.  The sooner we get those back, the sooner we can get this in the queue for payment.

Of course, if you have any questions at all, please do not hesitate to let me know.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, February 25, 2022 2:52 PM

**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara and Joe,

Hope you both are staying dry today.

I just wanted to check on the agreement—will you be sending us a draft or would you like us to put something together?

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 2:07 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt - I'm concerned your email neglects the most important question - when do we get a beer???
Ha -just kidding, we won't celebrate just yet.  Will get back to you on the agreement.

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 2:03 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

This is great news—how do you want to handle the drafting of the actual agreement?

With regards to Maryellen I think we can let her know that we have a settlement in principle and should have the paperwork finalized in the next day or so.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 1:59 PM
**To:** Matthew Patton <mpatton@llrlaw.com>

**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt -

We have approval from our office and BSU to resolve this matter for $70,000.  As we previously stated, we can also agree to Ms. Taite designating the entirety of her award as emotional distress damages.  To be clear though, we cannot make any representations to you one way or the other as to any tax implications of the award.  That is not within our control or authority. I believe Joe emailed this to you previously, but for ease of reference below is a link to the Office of the Comptroller's Settlements and Judgments Policy, which provides more information on how the settlement amount will be treated by that Office when processed: https://public.powerdms.com/MAComptroller/documents/1779893

Unless there is something further, we should let Maryellen know she can take this case off the calendar for trial.

Best,
Sara

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 12:05 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We spoke with Brenda and she is willing to take the $70,000 in a lump sum payment with no taxes taken out as long as we can come to agreement before she has to fly up here tomorrow at 11.

Please let me know if you need anything else from me to move this forward.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:30 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Much appreciated.

Get Outlook for iOS

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 11:20:40 AM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We will talk with her now to try and get the authority promptly.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:11 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Taite settlement

Hi Matt -
Good speaking with you this morning. As I stated, getting an additional 5k to meet you half way is going to require upper management approval as it is beyond our authority and most of our managers are away on vacation right now.  Based on your representation to us that you're pretty sure you can get it done on your end, I'm going to recommend it, but that does not ensure they will say yes.  It would certainly help on my end if you get a firm yes from your client. With that in mind, the sooner you can let us know this the better as there may be some delay on our end given people are on vacation As soon as we can represent that you will accept 70K total, please let us know.
Best,
Sara

Get Outlook for iOS

# EXHIBIT D

| | |
|---|---|
| **From:** | Lucia, Joseph (AGO) <joseph.lucia@state.ma.us> |
| **Sent:** | Friday, March 25, 2022 11:27 AM |
| **To:** | Matthew Patton |
| **Cc:** | Colb, Sara (AGO) |
| **Subject:** | RE: Taite settlement |
| **Attachments:** | Taite Settlement Agreement and Release (fully executed).pdf |

Hi Matt,

There was a delay in getting the Settlement Agreement & Release countersigned by BSU because the President was away, but it has now been fully executed (see attached).  The Comptroller's form requires multiple signatures from various state agency folks, but I understand the last signature is presently being collected.  I hope to be able to submit all payment request paperwork to the Comptroller's Office next week.   The length of time it will take to issue the check at that point will depend on available funding and how many claims are in the queue ahead of this request.

Best,

Joe

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Thursday, March 24, 2022 5:54 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you are well.

Do you know the status of the settlement payment?

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Wednesday, March 16, 2022 2:41 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Thanks, Matt.  I'm still waiting for a couple signatures on my end, but once those are obtained, I will submit the settlement payment request paperwork to the Office of the Comptroller.

Best,

Joe

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, March 16, 2022 9:43 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Attached is the W9 from Brenda.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Friday, March 11, 2022 10:57 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

We can absolutely send the settlement check to your firm, that's not a problem; but the check just must be made payable to both you and your client, which is why we need a W-9 from her as well.

Let me know if you have any more questions,

Joe

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, March 11, 2022 10:41 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Normally we would have the funds come to our firm and then we would disperse them to our client with the appropriate tax forms—is that not possible?

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Friday, March 11, 2022 9:54 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Hey Matt,

I am getting together the last of the paperwork that needs to be submitted to the Office of the Comptroller to get this settlement payment issued, and I am told that the payment options are either (i) to have the check made payable solely to Brenda Taite (and mailed either to Ms. Taite or to your firm); or (ii) to have the check made payable jointly to Brenda Taite and Lichten & Liss-Riordan, P.C. (and mailed to your firm). Based upon our conversations to date, I assume that, as between these two options, you wish for us to issue the check as jointly payable (and mailed to your firm). Either way, though, we are going to need a separate W-9 form from Brenda for herself personally. (I apologize if my earlier understanding on this point was mistaken.) I have attached the W-9 form again here for your convenience.

**Please confirm that you wish to have this payment issued as jointly payable to both Ms. Taite and your firm (and mailed to your firm); and then please send me by e-mail a W-9 form as executed by Ms. Taite at your earliest convenience.**

If you have any questions at all about this, please just give a shout.

Thanks so much, and I hope you have a great Friday!

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, March 7, 2022 11:07 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Totally understand—attached is the form.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, March 7, 2022 9:53 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Matt,

I just noticed that the W-9 form(s) you sent are different than the Massachusetts-specific W-9 form that I sent to you (and which the OTC insists we use when processing settlement payment requests). I have re-attached that form here. To minimize delays in getting this payment processed, I would request that you fill THIS form out and send it back to me.

Sorry for the headache and hassle here; I just know from experience that if we don't use the proper W-9 form, OTC will push back...

Joe

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Thursday, March 3, 2022 4:23 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Attached is an executed copy of the agreement with our firms W9.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, March 1, 2022 11:50 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Good morning Matt,

Attached please find correspondence enclosing the settlement documents. Please follow the instructions provided in the cover letter and then send me back the executed originals by mail (with courtesy copies by email) when you can. The sooner we get those back, the sooner we can get this in the queue for payment.

Of course, if you have any questions at all, please do not hesitate to let me know.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
*Attorney General's Office*
*Government Bureau/Trial Division*
*One Ashburton Place, Suite 1805*
*Boston, Massachusetts 02108*
*(617) 963-2806*
*Pronouns: He/Him/His*

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, February 25, 2022 2:52 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara and Joe,

Hope you both are staying dry today.

I just wanted to check on the agreement—will you be sending us a draft or would you like us to put something together?

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 2:07 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt - I'm concerned your email neglects the most important question - when do we get a beer???
Ha -just kidding, we won't celebrate just yet.  Will get back to you on the agreement.

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 2:03 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

This is great news—how do you want to handle the drafting of the actual agreement?

With regards to Maryellen I think we can let her know that we have a settlement in principle and should have the paperwork finalized in the next day or so.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 1:59 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt -

We have approval from our office and BSU to resolve this matter for $70,000.  As we previously stated, we can also agree to Ms. Taite designating the entirety of her award as emotional distress damages.  To be clear though, we cannot make any representations to you one way or the other as to any tax implications of the award.  That is not within our control or authority. I believe Joe emailed this to you previously, but for ease of reference below is a link to the Office of the Comptroller's Settlements and Judgments Policy, which provides more information on how the settlement amount will be treated by that Office when processed: https://public.powerdms.com/MAComptroller/documents/1779893

Unless there is something further, we should let Maryellen know she can take this case off the calendar for trial.

Best,
Sara

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 12:05 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We spoke with Brenda and she is willing to take the $70,000 in a lump sum payment with no taxes taken out as long as we can come to agreement before she has to fly up here tomorrow at 11.

Please let me know if you need anything else from me to move this forward.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:30 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Much appreciated.

Get Outlook for iOS

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 11:20:40 AM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We will talk with her now to try and get the authority promptly.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:11 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Taite settlement

Hi Matt -
Good speaking with you this morning. As I stated, getting an additional 5k to meet you half way is going to require upper management approval as it is beyond our authority and most of our managers are away on vacation right now.  Based on your representation to us that you're pretty sure you can get it done on your end, I'm going to recommend it, but that does not ensure they will say yes.  It would certainly help on my end if you get a firm yes from your client. With that in mind, the sooner you can let us know this the better as there may be some delay on our end given people are on vacation As soon as we can represent that you will accept 70K total, please let us know.
Best,
Sara

Get Outlook for iOS

# SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made by and among Brenda Taite ("Taite" or "Plaintiff") and Bridgewater State University ("BSU" or "Defendant") (collectively, the "parties").

**WHEREAS**, the Plaintiff filed a Charge of Discrimination with the Massachusetts Commission Against Discrimination ("MCAD") and the Equal Employment Opportunity Commission ("EEOC") on or about June 18, 2015, designated MCAD Docket Number: 15BEM01548 and EEOC/HUD Charge Number: 16C-2015-01578, hereinafter the "MCAD Charge"; and

**WHEREAS**, the Plaintiff filed a complaint in federal court, District of Massachusetts, entitled <u>Brenda Taite v. Bridgewater State University, et al.</u>, 1:16-cv-102221-PBS (hereinafter the "Federal Court Litigation"), incorporating allegations set forth in the MCAD Charge; and

**WHEREAS**, the parties wish by this Agreement to settle and resolve any and all differences among them including, but not limited to, the MCAD Charge and the Federal Court Litigation (collectively, the "Disputes") upon the terms and conditions more fully set forth herein;

**NOW THEREFORE**, in consideration of the mutual promises and covenants contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by each party, the parties hereby mutually agree as follows:

1.    **Settlement Payment.** As consideration for this Agreement, and in full and complete settlement and release of Plaintiff's claims for damages in the Disputes, including all rights of appeal, the Commonwealth of Massachusetts ("Commonwealth") shall pay a total of Seventy Thousand Dollars ($70,000) (the "Settlement Payment"), denominated as compensation for emotional distress, to the Plaintiff. The Commonwealth makes no representations as to the timing of the payment, and the timing of the payment is subject to the availability of appropriated funds. The Commonwealth is also not liable for interest for any delay in payment of the settlement amount. The Commonwealth furthermore makes no representations as to the tax consequences of the Settlement Payment, including tax liabilities, tax treatment, tax withholdings, or tax reporting relative to said payment. The Plaintiff is responsible for all tax liabilities and tax consequences of the payment, and the Defendant is held harmless as to any tax liabilities. Furthermore, the Plaintiff acknowledges that once the payment required through this Agreement is issued by the Commonwealth, the payment may be reduced or intercepted for any of Plaintiff's outstanding debts owed to or collectable by the Commonwealth (including state or federal taxes or child support), and that no claim for non-payment or reduced payment may be brought against the Commonwealth (including BSU) should such reduction or interception occur. Plaintiff acknowledges receiving and reading the "Commonwealth of Massachusetts - Office of the Comptroller Notice of Commonwealth Responsibilities for Settlement/Judgment Tax Withholdings, Intercept and Tax Reporting W-2, 1099-Misc and 1099-Int and Public Records Requests," a copy of which is attached as *Exhibit A*, prior to the execution of this Agreement.

1

**2.    Dismissal of the Federal Court Litigation.**  With the execution of this Agreement by all parties, the Plaintiff and the Defendant will execute for filing with the U.S District Court for the District of Massachusetts a stipulation of dismissal of all claims in the Federal Court Litigation with prejudice, with all rights to appeal waived and without costs, in the form attached hereto as ***Exhibit B***. This stipulation of dismissal will be held by the Defendant and then filed with the Court upon payment of the Settlement Payment referred to in Paragraph 1.

**3.    Release of Claims by Brenda Taite.**  In consideration of the signing of this Agreement and the payment referenced in Paragraph 1 above, the Plaintiff on behalf of herself, her spouse, her agents, representatives, assigns, heirs, successors, executors and administrators, agrees to and hereby does waive, release and discharge all claims, demands, causes of action, fees, liabilities and expenses of any kind whatsoever, whether known or unknown, and whether or not previously asserted against the Commonwealth, its agencies (including BSU), and any of its current, former and future employees, officials, agents, officers, attorneys, successors, parents, subsidiaries or affiliates, individually and in their official capacities, by reason of any actual or alleged act, omission, transaction, practice, conduct or occurrence, arising out of or relating in any way to the Plaintiff's allegations set forth in the Disputes, including, but not limited to, claims under Title VII of the Civil Rights Act.  Nothing in this paragraph, however, shall preclude the Plaintiff from pursuing any claims necessary to enforce this Agreement.

**4.    No Admission.**  The Plaintiff understands and agrees that the payment provided to her under the terms of this Agreement constitutes a compromise of disputed claims and that liability is expressly denied by the Commonwealth and its agencies, including BSU, and any of its current or former employees.  By entering into this Agreement, neither the Commonwealth, nor its agencies (including BSU), nor any of its current or former employees admits that they have violated any law or other legal obligation with respect to the Plaintiff in any way, nor does the Plaintiff admit that her claims were without merit.  The parties agree that this settlement agreement and the release shall not be deemed or construed at any time for any purpose as an admission by either party of any liability, unlawful conduct, or wrongdoing of any kind.  It is understood that this Agreement is a public document and may be subject to disclosure. This Agreement shall not be introduced into evidence in any court or administrative proceeding other than to enforce its terms.

**5.    Governing Law.**  This Agreement shall be governed by the laws of the Commonwealth of Massachusetts and shall be binding upon and inure to the benefit of the Plaintiff and the Defendant, and their respective agents, representatives, directors, officers, former or current employees, assigns, executors, successors, and administrators.  No modification or termination of this Agreement, in whole or in part, shall be valid or binding unless in writing and signed by both parties.

**6.    Integration.**  The Plaintiff and the Defendant agree that this Agreement and its attachments is a fully integrated document which constitutes the entire agreement between them.

**7.    Enforceability.**  If any provision in this Agreement shall, for any reason, be held

2

invalid or unenforceable in any respect, it shall not affect any other provisions in this Agreement, but shall be construed by limiting it so as to be enforceable to the maximum extent compatible with applicable law, so long as such construction does not materially alter the rights or obligations of the parties or deprive the other parties of consideration for the undertakings and promises described herein.

**8.** **Counterparts/Copies.** This Agreement may be signed in counterparts, which together shall serve as one merged document. Copies of this Agreement and of its signed counterparts, including electronic copies, shall be enforceable as originals.

**WHEREFORE**, the parties have completely read the above Agreement and attest that they fully understand its terms and knowingly and voluntarily accept its provisions in their entirety without reservation.

_Brenda Taite_

Brenda Taite

03/03/2022

Date

Bridgewater State University

By: _____

Frederick W. Clark, Jr.
President

3-15-22

Date

3

# EXHIBIT E

| | |
|---|---|
| **From:** | Lucia, Joseph (AGO) <joseph.lucia@state.ma.us> |
| **Sent:** | Tuesday, April 5, 2022 3:32 PM |
| **To:** | Matthew Patton |
| **Cc:** | Colb, Sara (AGO) |
| **Subject:** | RE: Taite settlement |

Matt,

I submitted the settlement payment request to the Office of the Comptroller yesterday.  They are already starting to process the request, but they have told me that "the *Settlement Agreement and Release* does not support a joint payment.  The check can be made payable to the plaintiff and mailed to the firm/attorney as follows: Brenda K. Taite, c/o Lichten & Liss-Riordan PC, 729 Boylston Street, Suite 2000, Boston, MA  02116."

Will this work?  I just want to confirm before they cut the check…

Thanks,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Thursday, March 24, 2022 5:54 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you are well.

Do you know the status of the settlement payment?

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Wednesday, March 16, 2022 2:41 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Thanks, Matt.  I'm still waiting for a couple signatures on my end, but once those are obtained, I will submit the settlement payment request paperwork to the Office of the Comptroller.

Best,

Joe

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, March 16, 2022 9:43 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Attached is the W9 from Brenda.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Friday, March 11, 2022 10:57 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

We can absolutely send the settlement check to your firm, that's not a problem; but the check just must be made payable to both you and your client, which is why we need a W-9 from her as well.

Let me know if you have any more questions,

Joe

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, March 11, 2022 10:41 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Normally we would have the funds come to our firm and then we would disperse them to our client with the appropriate tax forms—is that not possible?

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Friday, March 11, 2022 9:54 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Hey Matt,

I am getting together the last of the paperwork that needs to be submitted to the Office of the Comptroller to get this settlement payment issued, and I am told that the payment options are either (i) to have the check made payable solely to Brenda Taite (and mailed either to Ms. Taite or to your firm); or (ii) to have the check made payable jointly to Brenda Taite and Lichten & Liss-Riordan, P.C. (and mailed to your firm).  Based upon our conversations to date, I assume that, as between these two options, you wish for us to issue the check as jointly payable (and mailed to your firm).  Either way, though, we are going to need a separate W-9 form from Brenda for herself personally.  (I apologize if my earlier understanding on this point was mistaken.)  I have attached the W-9 form again here for your convenience.

**Please confirm that you wish to have this payment issued as jointly payable to both Ms. Taite and your firm (and mailed to your firm); and then please send me by e-mail a W-9 form as executed by Ms. Taite at your earliest convenience.**

If you have any questions at all about this, please just give a shout.

Thanks so much, and I hope you have a great Friday!

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, March 7, 2022 11:07 AM

**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Totally understand—attached is the form.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, March 7, 2022 9:53 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Matt,

I just noticed that the W-9 form(s) you sent are different than the Massachusetts-specific W-9 form that I sent to you (and which the OTC insists we use when processing settlement payment requests).  I have re-attached that form here.  To minimize delays in getting this payment processed, I would request that you fill THIS form out and send it back to me.

Sorry for the headache and hassle here; I just know from experience that if we don't use the proper W-9 form, OTC will push back...

Joe

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Thursday, March 3, 2022 4:23 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Attached is an executed copy of the agreement with our firms W9.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, March 1, 2022 11:50 AM
**To:** Matthew Patton <mpatton@llrlaw.com>

4

**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Good morning Matt,

Attached please find correspondence enclosing the settlement documents.  Please follow the instructions provided in the cover letter and then send me back the executed originals by mail (with courtesy copies by email) when you can.  The sooner we get those back, the sooner we can get this in the queue for payment.

Of course, if you have any questions at all, please do not hesitate to let me know.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, February 25, 2022 2:52 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara and Joe,

Hope you both are staying dry today.

I just wanted to check on the agreement—will you be sending us a draft or would you like us to put something together?

Matt

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 2:07 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt - I'm concerned your email neglects the most important question - when do we get a beer???
Ha -just kidding, we won't celebrate just yet.  Will get back to you on the agreement.

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 2:03 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

This is great news—how do you want to handle the drafting of the actual agreement?

With regards to Maryellen I think we can let her know that we have a settlement in principle and should have the paperwork finalized in the next day or so.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 1:59 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt -

We have approval from our office and BSU to resolve this matter for $70,000.  As we previously stated, we can also agree to Ms. Taite designating the entirety of her award as emotional distress damages.  To be clear though, we cannot make any representations to you one way or the other as to any tax implications of the award.  That is not within our control or authority. I believe Joe emailed this to you previously, but for ease of reference below is a link to the Office of the Comptroller's Settlements and Judgments Policy, which provides more information on how the settlement amount will be treated by that Office when processed: https://public.powerdms.com/MAComptroller/documents/1779893

Unless there is something further, we should let Maryellen know she can take this case off the calendar for trial.

Best,
Sara

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 12:05 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>

**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We spoke with Brenda and she is willing to take the $70,000 in a lump sum payment with no taxes taken out as long as we can come to agreement before she has to fly up here tomorrow at 11.

Please let me know if you need anything else from me to move this forward.

Matt

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:30 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Much appreciated.

Get Outlook for iOS

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 11:20:40 AM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We will talk with her now to try and get the authority promptly.

Matt

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:11 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Taite settlement

Hi Matt -

Good speaking with you this morning. As I stated, getting an additional 5k to meet you half way is going to require upper management approval as it is beyond our authority and most of our managers are away on vacation right now.  Based on your representation to us that you're pretty sure you can get it done on your end, I'm going to recommend it, but that does not ensure they will say yes.  It would certainly help on my end if you get a firm yes from your client. With that in mind, the sooner you can let us know this the better as there may be some delay on our end given people are on vacation As soon as we can represent that you will accept 70K total, please let us know.
Best,
Sara

Get Outlook for iOS

# EXHIBIT F

| | |
|---|---|
| **From:** | Lucia, Joseph (AGO) <joseph.lucia@state.ma.us> |
| **Sent:** | Tuesday, April 19, 2022 11:45 AM |
| **To:** | Matthew Patton |
| **Cc:** | Colb, Sara (AGO) |
| **Subject:** | RE: Taite settlement |

Hi Matt,

Thanks for confirming.  The check will be made payable to "Brenda K. Taite c/o Lichten & Liss-Riordan, P.C."

Last I heard from the Office of the Comptroller, the Settlements & Judgments reserves were depleted, and the agency is awaiting another funding appropriation.  I have sent an e-mail to the OTC just now to follow up on the status as of today and will let you know what I hear back.

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Tuesday, April 19, 2022 8:06 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Sorry for the delay in responding I was out last week dealing with a personal matter.

Yes, that is acceptable.

Do you know the timeframe on them issuing the check?

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, April 11, 2022 2:04 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Hi, Matt.  Thanks for following up.  The Comptroller's Office has just confirmed that they can issue the check made payable to "Brenda K. Taite c/o Lichten & Liss-Riordan, P.C."  I assume from your e-mail below that this would be acceptable, but please confirm.

Thanks,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His


**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, April 8, 2022 12:02 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.


Joe,

Hope your week is finishing up nicely.

Wanted to see if you heard from the Comptrollers office on whether the check can be made out jointly or even Brenda Taite c/o LLR.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, April 5, 2022 4:50 PM
**To:** Matthew Patton <mpatton@llrlaw.com>

**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** Re: Taite settlement

I'm glad I asked.  I will contact the Comptroller's Office and see if I can override their process and get the check paid jointly.  I will let you know what I hear back.

Joe

Get Outlook for iOS

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Tuesday, April 5, 2022 4:33:05 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

So the check is going to be made payable to Brenda Taite and not jointly Brenda Taite and Lichten & Liss-Riordan?

In the cover letter that you sent with the Settlement Agreement it said that the funds could be paid to the firm—we moved forward with the language of the agreement relying on this.

Having the funds mailed to us does not allow us to process the funds.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, April 5, 2022 3:32 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Matt,

I submitted the settlement payment request to the Office of the Comptroller yesterday.  They are already starting to process the request, but they have told me that "the *Settlement Agreement and Release* does not support a joint payment.  The check can be made payable to the plaintiff and mailed to the firm/attorney as follows: Brenda K. Taite, c/o Lichten & Liss-Riordan PC, 729 Boylston Street, Suite 2000, Boston, MA  02116."

Will this work?  I just want to confirm before they cut the check…

Thanks,

Joe

_____

*Joseph P. Lucia*

3

*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Thursday, March 24, 2022 5:54 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

<mark>CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.</mark>

Joe,

I hope you are well.

Do you know the status of the settlement payment?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Wednesday, March 16, 2022 2:41 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Thanks, Matt.  I'm still waiting for a couple signatures on my end, but once those are obtained, I will submit the settlement payment request paperwork to the Office of the Comptroller.

Best,

Joe

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, March 16, 2022 9:43 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Attached is the W9 from Brenda.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Friday, March 11, 2022 10:57 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

We can absolutely send the settlement check to your firm, that's not a problem; but the check just must be made payable to both you and your client, which is why we need a W-9 from her as well.

Let me know if you have any more questions,

Joe

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, March 11, 2022 10:41 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Normally we would have the funds come to our firm and then we would disperse them to our client with the appropriate tax forms—is that not possible?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Friday, March 11, 2022 9:54 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Hey Matt,

I am getting together the last of the paperwork that needs to be submitted to the Office of the Comptroller to get this settlement payment issued, and I am told that the payment options are either (i) to have the check made payable solely to Brenda Taite (and mailed either to Ms. Taite or to your firm); or (ii) to have the check made payable jointly to Brenda Taite and Lichten & Liss-Riordan, P.C. (and mailed to your firm).  Based upon our conversations to date, I assume that, as between these two options, you wish for us to issue the check as jointly payable (and mailed to your firm).  Either way, though, we are going to need a separate W-9 form from Brenda for herself personally.  (I apologize if my earlier understanding on this point was mistaken.)  I have attached the W-9 form again here for your convenience.

**Please confirm that you wish to have this payment issued as jointly payable to both Ms. Taite and your firm (and mailed to your firm); and then please send me by e-mail a W-9 form as executed by Ms. Taite at your earliest convenience.**

If you have any questions at all about this, please just give a shout.

Thanks so much, and I hope you have a great Friday!

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, March 7, 2022 11:07 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Totally understand—attached is the form.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, March 7, 2022 9:53 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Matt,

I just noticed that the W-9 form(s) you sent are different than the Massachusetts-specific W-9 form that I sent to you (and which the OTC insists we use when processing settlement payment requests). I have re-attached that form here. To minimize delays in getting this payment processed, I would request that you fill THIS form out and send it back to me.

Sorry for the headache and hassle here; I just know from experience that if we don't use the proper W-9 form, OTC will push back...

Joe

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Thursday, March 3, 2022 4:23 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Attached is an executed copy of the agreement with our firms W9.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, March 1, 2022 11:50 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Good morning Matt,

Attached please find correspondence enclosing the settlement documents. Please follow the instructions provided in the cover letter and then send me back the executed originals by mail (with courtesy copies by email) when you can. The sooner we get those back, the sooner we can get this in the queue for payment.

Of course, if you have any questions at all, please do not hesitate to let me know.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
*Attorney General's Office*
*Government Bureau/Trial Division*
*One Ashburton Place, Suite 1805*

Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, February 25, 2022 2:52 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara and Joe,

Hope you both are staying dry today.

I just wanted to check on the agreement—will you be sending us a draft or would you like us to put something together?

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 2:07 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt - I'm concerned your email neglects the most important question - when do we get a beer???
Ha -just kidding, we won't celebrate just yet.  Will get back to you on the agreement.

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 2:03 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

This is great news—how do you want to handle the drafting of the actual agreement?

With regards to Maryellen I think we can let her know that we have a settlement in principle and should have the paperwork finalized in the next day or so.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 1:59 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt -

We have approval from our office and BSU to resolve this matter for $70,000.  As we previously stated, we can also agree to Ms. Taite designating the entirety of her award as emotional distress damages.  To be clear though, we cannot make any representations to you one way or the other as to any tax implications of the award.  That is not within our control or authority. I believe Joe emailed this to you previously, but for ease of reference below is a link to the Office of the Comptroller's Settlements and Judgments Policy, which provides more information on how the settlement amount will be treated by that Office when processed: https://public.powerdms.com/MAComptroller/documents/1779893

Unless there is something further, we should let Maryellen know she can take this case off the calendar for trial.

Best,
Sara

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 12:05 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We spoke with Brenda and she is willing to take the $70,000 in a lump sum payment with no taxes taken out as long as we can come to agreement before she has to fly up here tomorrow at 11.

Please let me know if you need anything else from me to move this forward.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:30 AM

**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Much appreciated.

Get Outlook for iOS

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 11:20:40 AM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We will talk with her now to try and get the authority promptly.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:11 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Taite settlement

Hi Matt -
Good speaking with you this morning. As I stated, getting an additional 5k to meet you half way is going to require upper management approval as it is beyond our authority and most of our managers are away on vacation right now.  Based on your representation to us that you're pretty sure you can get it done on your end, I'm going to recommend it, but that does not ensure they will say yes.  It would certainly help on my end if you get a firm yes from your client. With that in mind, the sooner you can let us know this the better as there may be some delay on our end given people are on vacation As soon as we can represent that you will accept 70K total, please let us know.
Best,
Sara

Get Outlook for iOS

# EXHIBIT G

| | |
|---|---|
| **From:** | Lucia, Joseph (AGO) <joseph.lucia@state.ma.us> |
| **Sent:** | Tuesday, May 24, 2022 3:47 PM |
| **To:** | Matthew Patton |
| **Cc:** | Colb, Sara (AGO) |
| **Subject:** | RE: Taite settlement |

Hi Matt,

Sorry for the delayed response.  I have not heard anything more about the status of Settlements & Judgments funding.  My Deputy Chief tells me that it's possible the fund will not be replenished until the new fiscal year, which begins July 1, but I don't know that for sure.  Unfortunately, this situation is outside of the AGO's control, and we all must await the legislature's approval of funding.  Rest assured that Ms. Taite's request for settlement funds is in queue and will be paid out in the order in which the request was made.

If I hear anything more, I'll be sure to let you know, but, in the meantime, I thank you for your continued patience.  (Please don't shoot the messenger!)

Hope all is well,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, May 16, 2022 2:25 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you had a nice weekend.

Do you have an update on the fund?

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Thursday, May 5, 2022 10:05 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Hi Matt,

I am looking into the status of the Settlements and Judgments fund with the Office of the Comptroller.  When I receive an update on funding of that account (from which all settlements and judgments are paid), I will be sure to relay it to you.

Thanks,

Joe

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, May 4, 2022 1:31 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Do you have an update on the progress of the checks being distributed?

Matt

**From:** Matthew Patton
**Sent:** Friday, April 22, 2022 4:30 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Joe,

Thank you for resolving the check issue—but the continued delay on getting the funds distributed is extremely disappointing.

When you sent us the settlement agreement your letter specifically stated that the check could be made out to our firm, for it to take almost two-months to have this happen and then be told that we now have to wait longer for the funds is unfortunate.

I will reach out to Maryellen regarding extending the nisi.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, April 19, 2022 4:13 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Matt,

Just keeping you in the loop here: there is no update on funding just yet, but the Comptroller's Office will process Ms. Taite's claim even while it awaits funding to be sure she gets in the queue for payment just as soon as funding is received.  (Unfortunately, I have no information as to how quickly that will happen.  Accordingly, if you wish to reach out to Maryellen Molloy by e-mail to see about extending the nisi period in this case (by my count, the 60-day period we were given will conclude this Monday, April 25), you have my blessing to send such a correspondence if you cc me on it.)

Thanks for your patience,

Joe
_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Lucia, Joseph (AGO)
**Sent:** Tuesday, April 19, 2022 11:45 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

Hi Matt,

Thanks for confirming.  The check will be made payable to "Brenda K. Taite c/o Lichten & Liss-Riordan, P.C."

Last I heard from the Office of the Comptroller, the Settlements & Judgments reserves were depleted, and the agency is awaiting another funding appropriation.  I have sent an e-mail to the OTC just now to follow up on the status as of today and will let you know what I hear back.

Joe
_____

*Joseph P. Lucia*
*Assistant Attorney General*

3

Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Tuesday, April 19, 2022 8:06 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Sorry for the delay in responding I was out last week dealing with a personal matter.

Yes, that is acceptable.

Do you know the timeframe on them issuing the check?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, April 11, 2022 2:04 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Hi, Matt.  Thanks for following up.  The Comptroller's Office has just confirmed that they can issue the check made payable to "Brenda K. Taite c/o Lichten & Liss-Riordan, P.C."  I assume from your e-mail below that this would be acceptable, but please confirm.

Thanks,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108

(617) 963-2806
Pronouns: He/Him/His

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, April 8, 2022 12:02 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Hope your week is finishing up nicely.

Wanted to see if you heard from the Comptrollers office on whether the check can be made out jointly or even Brenda Taite c/o LLR.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, April 5, 2022 4:50 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** Re: Taite settlement

I'm glad I asked.  I will contact the Comptroller's Office and see if I can override their process and get the check paid jointly.  I will let you know what I hear back.

Joe

Get Outlook for iOS

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Tuesday, April 5, 2022 4:33:05 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

So the check is going to be made payable to Brenda Taite and not jointly Brenda Taite and Lichten & Liss-Riordan?

In the cover letter that you sent with the Settlement Agreement it said that the funds could be paid to the firm—we moved forward with the language of the agreement relying on this.

Having the funds mailed to us does not allow us to process the funds.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, April 5, 2022 3:32 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Matt,

I submitted the settlement payment request to the Office of the Comptroller yesterday.  They are already starting to process the request, but they have told me that "the *Settlement Agreement and Release* does not support a joint payment.  The check can be made payable to the plaintiff and mailed to the firm/attorney as follows: Brenda K. Taite, c/o Lichten & Liss-Riordan PC, 729 Boylston Street, Suite 2000, Boston, MA  02116."

Will this work?  I just want to confirm before they cut the check…

Thanks,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Thursday, March 24, 2022 5:54 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you are well.

Do you know the status of the settlement payment?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Wednesday, March 16, 2022 2:41 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Thanks, Matt.  I'm still waiting for a couple signatures on my end, but once those are obtained, I will submit the settlement payment request paperwork to the Office of the Comptroller.

Best,

Joe

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, March 16, 2022 9:43 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Attached is the W9 from Brenda.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Friday, March 11, 2022 10:57 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

We can absolutely send the settlement check to your firm, that's not a problem; but the check just must be made payable to both you and your client, which is why we need a W-9 from her as well.

Let me know if you have any more questions,

Joe

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, March 11, 2022 10:41 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Normally we would have the funds come to our firm and then we would disperse them to our client with the appropriate tax forms—is that not possible?

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Friday, March 11, 2022 9:54 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Hey Matt,

I am getting together the last of the paperwork that needs to be submitted to the Office of the Comptroller to get this settlement payment issued, and I am told that the payment options are either (i) to have the check made payable solely to Brenda Taite (and mailed either to Ms. Taite or to your firm); or (ii) to have the check made payable jointly to Brenda Taite and Lichten & Liss-Riordan, P.C. (and mailed to your firm).  Based upon our conversations to date, I assume that, as between these two options, you wish for us to issue the check as jointly payable (and mailed to your firm).  Either way, though, we are going to need a separate W-9 form from Brenda for herself personally.  (I apologize if my earlier understanding on this point was mistaken.)  I have attached the W-9 form again here for your convenience.

**Please confirm that you wish to have this payment issued as jointly payable to both Ms. Taite and your firm (and mailed to your firm); and then please send me by e-mail a W-9 form as executed by Ms. Taite at your earliest convenience.**

If you have any questions at all about this, please just give a shout.

Thanks so much, and I hope you have a great Friday!

Joe

_____
*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806

Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, March 7, 2022 11:07 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Totally understand—attached is the form.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, March 7, 2022 9:53 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Matt,

I just noticed that the W-9 form(s) you sent are different than the Massachusetts-specific W-9 form that I sent to you (and which the OTC insists we use when processing settlement payment requests).  I have re-attached that form here.  To minimize delays in getting this payment processed, I would request that you fill THIS form out and send it back to me.

Sorry for the headache and hassle here; I just know from experience that if we don't use the proper W-9 form, OTC will push back…

Joe

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Thursday, March 3, 2022 4:23 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Taite settlement

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

Attached is an executed copy of the agreement with our firms W9.

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, March 1, 2022 11:50 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Taite settlement

Good morning Matt,

Attached please find correspondence enclosing the settlement documents.  Please follow the instructions provided in the cover letter and then send me back the executed originals by mail (with courtesy copies by email) when you can.  The sooner we get those back, the sooner we can get this in the queue for payment.

Of course, if you have any questions at all, please do not hesitate to let me know.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Friday, February 25, 2022 2:52 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara and Joe,

Hope you both are staying dry today.

I just wanted to check on the agreement—will you be sending us a draft or would you like us to put something together?

Matt

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 2:07 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt - I'm concerned your email neglects the most important question - when do we get a beer???
Ha -just kidding, we won't celebrate just yet.  Will get back to you on the agreement.

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 2:03 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

This is great news—how do you want to handle the drafting of the actual agreement?

With regards to Maryellen I think we can let her know that we have a settlement in principle and should have the paperwork finalized in the next day or so.

Matt

---

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 1:59 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Matt -

We have approval from our office and BSU to resolve this matter for $70,000.  As we previously stated, we can also agree to Ms. Taite designating the entirety of her award as emotional distress damages.  To be clear though, we cannot make any representations to you one way or the other as to any tax implications of the award.  That is not within our control or authority. I believe Joe emailed this to you previously, but for ease of reference below is a link to the Office of the Comptroller's Settlements and Judgments Policy, which provides more information on how the settlement amount will be treated by that Office when processed: https://public.powerdms.com/MAComptroller/documents/1779893

Unless there is something further, we should let Maryellen know she can take this case off the calendar for trial.

Best,

Sara

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 12:05 PM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We spoke with Brenda and she is willing to take the $70,000 in a lump sum payment with no taxes taken out as long as we can come to agreement before she has to fly up here tomorrow at 11.

Please let me know if you need anything else from me to move this forward.

Matt

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:30 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Re: Taite settlement

Much appreciated.

Get Outlook for iOS

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, February 23, 2022 11:20:40 AM
**To:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Subject:** RE: Taite settlement

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sara,

We will talk with her now to try and get the authority promptly.

Matt

**From:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Sent:** Wednesday, February 23, 2022 11:11 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Subject:** Taite settlement

Hi Matt -
Good speaking with you this morning. As I stated, getting an additional 5k to meet you half way is going to require upper management approval as it is beyond our authority and most of our managers are away on vacation right now.  Based on your representation to us that you're pretty sure you can get it done on your end, I'm going to recommend it, but that does not ensure they will say yes.  It would certainly help on my end if you get a firm yes from your client. With that in mind, the sooner you can let us know this the better as there may be some delay on our end given people are on vacation As soon as we can represent that you will accept 70K total, please let us know.
Best,
Sara

Get Outlook for iOS

13

# EXHIBIT H

| | |
|---|---|
| **From:** | Clary Geraldino-Karasek <Clarilde_Karasek@mad.uscourts.gov> |
| **Sent:** | Wednesday, June 22, 2022 11:57 AM |
| **To:** | Lucia, Joseph (AGO); Matthew Patton |
| **Cc:** | Colb, Sara (AGO); Maryellen Molloy |
| **Subject:** | RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State- 16-10221-PBS |

Joe, thank you so much for this update.
I will let Judge Saris know.
Clary

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Wednesday, June 22, 2022 10:37 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>; Clary Geraldino-Karasek <Clarilde_Karasek@mad.uscourts.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

**CAUTION - EXTERNAL:**

Hi Matt,

I just checked in with the Office of the Comptroller Settlements and Judgments team this morning to see if I could get any insight on the status of this payment.  (I am really sorry it is taking this long...)  Here is what the OTC told me in response:

> Good morning, Attorney Lucia,
>
> Unfortunately, we do not have an update. The bill (H.4802) is sitting with House Ways & Means right now. As soon as we have funding, claims will be processed quickly.
>
> Thank you,
>
> **Settlements and Judgments Team**

I wish I could expedite this payment, really I do, but I'm at the mercy of the state legislature, unfortunately.

I hope this finds you well.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*

Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, June 22, 2022 10:29 AM
**To:** Clary Geraldino-Karasek <Clarilde_Karasek@mad.uscourts.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>; Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Clary,

As discussed please find attached a letter requesting the withdrawal of Dkt. 163.

Do you need me to file this through ECF?

Matt

Matthew D. Patton
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800
617-994-5801 (fax)
mpatton@llrlaw.com
www.llrlaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT I

| | |
|---|---|
| **From:** | Lucia, Joseph (AGO) <joseph.lucia@state.ma.us> |
| **Sent:** | Wednesday, July 13, 2022 11:21 AM |
| **To:** | Matthew Patton |
| **Cc:** | Colb, Sara (AGO) |
| **Subject:** | RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State |

Hi Matt,

Sorry for any confusion here.  The new fiscal year always begins on July 1.  A colleague in my office had suggested that that alone may trigger the flow of funds, but it was only surmise, and that's why I checked in with the Comptroller's Office directly to get confirmation.  As the OTC informed me late last week, replenishment of the Settlements & Judgments fund still requires action by the state legislature, which, once again, is something over which the AGO has no control.  Perhaps you could reach out to your state legislators if you wish to try to move this along more quickly.

Thanks again for your patience,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, July 13, 2022 11:14 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you are having a nice summer as well.

Previously you said that the new fiscal year starts on July 1st, which would trigger a replenishment of the fund to pay the settlement.

Do you have a new timeline for the new fiscal year?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, July 11, 2022 11:18 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Good morning Matt,

I reached out to the Comptroller's Office just this past Thursday to stay on top of the status of things.  Unfortunately, they reported back that, still, no further payments can be made from the Settlements & Judgments Reserve until the supplemental budget is passed.  Even more unfortunately, as I've said before, the passage of that budget is well out of the AGO's and OTC's control.  So there's nothing more we can do other than continue to wait.

I wish I had a better status update for you, really I do.

I hope you are well and enjoying this summer,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, July 11, 2022 10:10 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you had a nice July 4th week, just bumping this in your inbox to see if you can provide some insight into the timeline.

Matt

**From:** Matthew Patton
**Sent:** Friday, July 8, 2022 9:08 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Joe,

I hope you had a nice July 4th weekend!

I checked the bill tracking system and it appears that H.4802 is still sitting with House Ways & Means, do you have any further insight with this?

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Wednesday, June 22, 2022 10:37 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>; Clary Geraldino-Karasek <Clarilde_Karasek@mad.uscourts.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Hi Matt,

I just checked in with the Office of the Comptroller Settlements and Judgments team this morning to see if I could get any insight on the status of this payment.  (I am really sorry it is taking this long…)  Here is what the OTC told me in response:

> Good morning, Attorney Lucia,
>
> Unfortunately, we do not have an update. The bill (H.4802) is sitting with House Ways & Means right now. As soon as we have funding, claims will be processed quickly.
>
>
> Thank you,
>
> **Settlements and Judgments Team**

I wish I could expedite this payment, really I do, but I'm at the mercy of the state legislature, unfortunately.

I hope this finds you well.

Best,

Joe
_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805

3

Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, June 22, 2022 10:29 AM
**To:** Clary Geraldino-Karasek <Clarilde_Karasek@mad.uscourts.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>; Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Clary,

As discussed please find attached a letter requesting the withdrawal of Dkt. 163.

Do you need me to file this through ECF?

Matt

Matthew D. Patton
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800
617-994-5801 (fax)
mpatton@llrlaw.com
www.llrlaw.com

# EXHIBIT J

**From:** Matthew Patton
**Sent:** Thursday, July 28, 2022 12:27 PM
**To:** Lucia, Joseph (AGO)
**Cc:** Colb, Sara (AGO)
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Joe,

I have spoken with Brenda about her communications.

As the Governor signed the budget this morning can you please let me know the date which the check will be sent.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, July 26, 2022 12:00 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Good morning Matt,

I hope this finds you well and enjoying your summer.

As you know, the settlement payment request in the above-referenced action was submitted to the Office of the Comptroller in April 2022, and we are still awaiting the state legislature's action to replenish funding of the Settlements & Judgments account so that the payment can be issued. As we've discussed, there is nothing the Attorney General's Office or Bridgewater State University (BSU) can do to expedite this payment. Notwithstanding, Ms. Taite has contacted the BSU President's Office directly <u>three times in the past two days</u> (twice yesterday and once this morning) to inquire about this settlement payment. I have no doubt that you have kept your client apprised of the status of things, but I just wanted to make you aware of this recent behavior and let you know that I have advised BSU not to respond to Ms. Taite's inquiries. Respectfully, any further communications Ms. Taite wishes to make should come through counsel and be directed to counsel.

I appreciate your continued patience, Matt, and again regret this delay that is beyond any of our control. Hopefully, we will be able to wrap this all up soon.

Best,

Joe
_____
*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806

Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, July 13, 2022 11:14 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you are having a nice summer as well.

Previously you said that the new fiscal year starts on July 1st, which would trigger a replenishment of the fund to pay the settlement.

Do you have a new timeline for the new fiscal year?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, July 11, 2022 11:18 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Good morning Matt,

I reached out to the Comptroller's Office just this past Thursday to stay on top of the status of things.  Unfortunately, they reported back that, still, no further payments can be made from the Settlements & Judgments Reserve until the supplemental budget is passed.  Even more unfortunately, as I've said before, the passage of that budget is well out of the AGO's and OTC's control.  So there's nothing more we can do other than continue to wait.

I wish I had a better status update for you, really I do.

I hope you are well and enjoying this summer,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
*Attorney General's Office*
*Government Bureau/Trial Division*
*One Ashburton Place, Suite 1805*
*Boston, Massachusetts 02108*

(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, July 11, 2022 10:10 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you had a nice July 4th week, just bumping this in your inbox to see if you can provide some insight into the timeline.

Matt

---

**From:** Matthew Patton
**Sent:** Friday, July 8, 2022 9:08 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Joe,

I hope you had a nice July 4th weekend!

I checked the bill tracking system and it appears that H.4802 is still sitting with House Ways & Means, do you have any further insight with this?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Wednesday, June 22, 2022 10:37 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>; Clary Geraldino-Karasek <Clarilde_Karasek@mad.uscourts.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Hi Matt,

I just checked in with the Office of the Comptroller Settlements and Judgments team this morning to see if I could get any insight on the status of this payment.  (I am really sorry it is taking this long…)  Here is what the OTC told me in response:

        Good morning, Attorney Lucia,

Unfortunately, **we do not have an update. The bill (H.4802) is sitting with House Ways & Means right now.** As soon as we have funding, claims will be processed quickly.

Thank you,

**Settlements and Judgments Team**

I wish I could expedite this payment, really I do, but I'm at the mercy of the state legislature, unfortunately.

I hope this finds you well.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, June 22, 2022 10:29 AM
**To:** Clary Geraldino-Karasek <Clarilde_Karasek@mad.uscourts.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>; Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Clary,

As discussed please find attached a letter requesting the withdrawal of Dkt. 163.

Do you need me to file this through ECF?

Matt

Matthew D. Patton
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800

617-994-5801 (fax)
mpatton@llrlaw.com
www.llrlaw.com

# EXHIBIT K

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Thursday, July 28, 2022 1:03 PM
**To:** Matthew Patton
**Cc:** Colb, Sara (AGO)
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Hi Matt,

Thank you for speaking with Brenda about this.  And I cannot confirm a date, but the OTC has informed me that Ms. Taite is 11th in the queue for payment.

Please confirm when the check is received.

Thanks,

Joe

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Thursday, July 28, 2022 12:27 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I have spoken with Brenda about her communications.

As the Governor signed the budget this morning can you please let me know the date which the check will be sent.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, July 26, 2022 12:00 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Good morning Matt,

I hope this finds you well and enjoying your summer.

As you know, the settlement payment request in the above-referenced action was submitted to the Office of the Comptroller in April 2022, and we are still awaiting the state legislature's action to replenish funding of the Settlements

& Judgments account so that the payment can be issued.  As we've discussed, there is nothing the Attorney General's Office or Bridgewater State University (BSU) can do to expedite this payment.  Notwithstanding, Ms. Taite has contacted the BSU President's Office directly <u>three times in the past two days</u> (twice yesterday and once this morning) to inquire about this settlement payment.  I have no doubt that you have kept your client apprised of the status of things, but I just wanted to make you aware of this recent behavior and let you know that I have advised BSU not to respond to Ms. Taite's inquiries.  Respectfully, any further communications Ms. Taite wishes to make should come through counsel and be directed to counsel.

I appreciate your continued patience, Matt, and again regret this delay that is beyond any of our control.  Hopefully, we will be able to wrap this all up soon.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, July 13, 2022 11:14 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you are having a nice summer as well.

Previously you said that the new fiscal year starts on July 1st, which would trigger a replenishment of the fund to pay the settlement.

Do you have a new timeline for the new fiscal year?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, July 11, 2022 11:18 AM
**To:** Matthew Patton <mpatton@llrlaw.com>

**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Good morning Matt,

I reached out to the Comptroller's Office just this past Thursday to stay on top of the status of things.  Unfortunately, they reported back that, still, no further payments can be made from the Settlements & Judgments Reserve until the supplemental budget is passed.  Even more unfortunately, as I've said before, the passage of that budget is well out of the AGO's and OTC's control.  So there's nothing more we can do other than continue to wait.

I wish I had a better status update for you, really I do.

I hope you are well and enjoying this summer,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, July 11, 2022 10:10 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you had a nice July 4th week, just bumping this in your inbox to see if you can provide some insight into the timeline.

Matt

---

**From:** Matthew Patton
**Sent:** Friday, July 8, 2022 9:08 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Joe,

I hope you had a nice July 4th weekend!

I checked the bill tracking system and it appears that H.4802 is still sitting with House Ways & Means, do you have any further insight with this?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Wednesday, June 22, 2022 10:37 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>; Clary Geraldino-Karasek <Clarilde_Karasek@mad.uscourts.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Hi Matt,

I just checked in with the Office of the Comptroller Settlements and Judgments team this morning to see if I could get any insight on the status of this payment.  (I am really sorry it is taking this long…)  Here is what the OTC told me in response:

> Good morning, Attorney Lucia,
>
> Unfortunately, we do not have an update. The bill (H.4802) is sitting with House Ways & Means right now. As soon as we have funding, claims will be processed quickly.
>
> Thank you,
>
> **Settlements and Judgments Team**

I wish I could expedite this payment, really I do, but I'm at the mercy of the state legislature, unfortunately.

I hope this finds you well.

Best,

Joe
_____
*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, June 22, 2022 10:29 AM
**To:** Clary Geraldino-Karasek <Clarilde_Karasek@mad.uscourts.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>; Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Clary,

As discussed please find attached a letter requesting the withdrawal of Dkt. 163.

Do you need me to file this through ECF?

Matt

Matthew D. Patton
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800
617-994-5801 (fax)
mpatton@llrlaw.com
www.llrlaw.com

# EXHIBIT L

| | |
|---|---|
| **From:** | Lucia, Joseph (AGO) <joseph.lucia@state.ma.us> |
| **Sent:** | Monday, August 8, 2022 12:22 PM |
| **To:** | Matthew Patton |
| **Cc:** | Colb, Sara (AGO) |
| **Subject:** | RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State |

Good morning Matt –

I just checked in with the Comptroller's Office, and, unfortunately, this is what they said:

> *No change.  Bill (H.4802) is still sitting with House Ways & Means.*

> *The recent budget passage was for FY23.  However, S/J Claim #8132 was received in FY22 and cannot be charged until the FY22 supplemental is passed.*

> *As soon as we have funding, claims will be processed quickly.*

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, August 8, 2022 11:58 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I am checking in on whether Ms. Taite's check has been sent or in the alternative when it will be.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, August 1, 2022 3:22 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Hi Matt,

As soon as the funds are available to the Office of the Comptroller, Ms. Taite's settlement payment will be issued.  Nothing further needs to be done other than the funding coming through to OTC.

Joe

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, August 1, 2022 10:40 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you had a nice weekend and are staying cool.

What are the steps that need to take place for the queue to move? Has all the paperwork been processed for Ms. Taite's check to be distributed?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Thursday, July 28, 2022 1:03 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Hi Matt,

Thank you for speaking with Brenda about this.  And I cannot confirm a date, but the OTC has informed me that Ms. Taite is 11th in the queue for payment.

Please confirm when the check is received.

Thanks,

Joe

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Thursday, July 28, 2022 12:27 PM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I have spoken with Brenda about her communications.

As the Governor signed the budget this morning can you please let me know the date which the check will be sent.

Matt

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Tuesday, July 26, 2022 12:00 PM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Good morning Matt,

I hope this finds you well and enjoying your summer.

As you know, the settlement payment request in the above-referenced action was submitted to the Office of the Comptroller in April 2022, and we are still awaiting the state legislature's action to replenish funding of the Settlements & Judgments account so that the payment can be issued.  As we've discussed, there is nothing the Attorney General's Office or Bridgewater State University (BSU) can do to expedite this payment.  Notwithstanding, Ms. Taite has contacted the BSU President's Office directly three times in the past two days (twice yesterday and once this morning) to inquire about this settlement payment.  I have no doubt that you have kept your client apprised of the status of things, but I just wanted to make you aware of this recent behavior and let you know that I have advised BSU not to respond to Ms. Taite's inquiries.  Respectfully, any further communications Ms. Taite wishes to make should come through counsel and be directed to counsel.

I appreciate your continued patience, Matt, and again regret this delay that is beyond any of our control.  Hopefully, we will be able to wrap this all up soon.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
*Attorney General's Office*
*Government Bureau/Trial Division*
*One Ashburton Place, Suite 1805*

Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, July 13, 2022 11:14 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you are having a nice summer as well.

Previously you said that the new fiscal year starts on July 1st, which would trigger a replenishment of the fund to pay the settlement.

Do you have a new timeline for the new fiscal year?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Monday, July 11, 2022 11:18 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Good morning Matt,

I reached out to the Comptroller's Office just this past Thursday to stay on top of the status of things.  Unfortunately, they reported back that, still, no further payments can be made from the Settlements & Judgments Reserve until the supplemental budget is passed.  Even more unfortunately, as I've said before, the passage of that budget is well out of the AGO's and OTC's control.  So there's nothing more we can do other than continue to wait.

I wish I had a better status update for you, really I do.

I hope you are well and enjoying this summer,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
*Attorney General's Office*
*Government Bureau/Trial Division*

4

One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Monday, July 11, 2022 10:10 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>
**Cc:** Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Joe,

I hope you had a nice July 4th week, just bumping this in your inbox to see if you can provide some insight into the timeline.

Matt

---

**From:** Matthew Patton
**Sent:** Friday, July 8, 2022 9:08 AM
**To:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Joe,

I hope you had a nice July 4th weekend!

I checked the bill tracking system and it appears that H.4802 is still sitting with House Ways & Means, do you have any further insight with this?

Matt

---

**From:** Lucia, Joseph (AGO) <joseph.lucia@state.ma.us>
**Sent:** Wednesday, June 22, 2022 10:37 AM
**To:** Matthew Patton <mpatton@llrlaw.com>
**Cc:** Colb, Sara (AGO) <sara.colb@state.ma.us>; Clary Geraldino-Karasek <Clarilde_Karasek@mad.uscourts.gov>
**Subject:** RE: Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

Hi Matt,

I just checked in with the Office of the Comptroller Settlements and Judgments team this morning to see if I could get any insight on the status of this payment.  (I am really sorry it is taking this long…)  Here is what the OTC told me in response:

Good morning, Attorney Lucia,

Unfortunately, we do not have an update. The bill (H.4802) is sitting with House Ways & Means right now. As soon as we have funding, claims will be processed quickly.


Thank you,

**Settlements and Judgments Team**


I wish I could expedite this payment, really I do, but I'm at the mercy of the state legislature, unfortunately.

I hope this finds you well.

Best,

Joe

_____

*Joseph P. Lucia*
*Assistant Attorney General*
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place, Suite 1805
Boston, Massachusetts 02108
(617) 963-2806
Pronouns: He/Him/His

---

**From:** Matthew Patton <mpatton@llrlaw.com>
**Sent:** Wednesday, June 22, 2022 10:29 AM
**To:** Clary Geraldino-Karasek <Clarilde_Karasek@mad.uscourts.gov>
**Cc:** Lucia, Joseph (AGO) <joseph.lucia@mass.gov>; Colb, Sara (AGO) <sara.colb@mass.gov>
**Subject:** Request to Withdraw Filing (Dkt. 163) in Taite v. Bridgewater State

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.


Clary,

As discussed please find attached a letter requesting the withdrawal of Dkt. 163.

Do you need me to file this through ECF?

Matt

Matthew D. Patton
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000

Boston, MA 02116
617-994-5800
617-994-5801 (fax)
mpatton@llrlaw.com
www.llrlaw.com